# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| LOREN C. BORDERS, GWYNNE H. BORDERS and LEIGH ANN ROBINSON, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY, <br><br> Defendant. | No. 2:16-cv-2504-SHL-dkv |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' *Pro Se* Complaint (ECF No. 1), filed June 24, 2016,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal (ECF No. 42) filed February 1, 2017, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims in this matter are hereby DISMISSED WITH PREJUDICE.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

February 1, 2017
Date